AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MELVIN BARBER BRIDGERS, III<br><br>_____<br>*Defendant(s)* | )<br>)<br>) Case No. 8:14-MJ-1300-T-EAJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 30, 2013 to May 1, 2014__ in the county of __Pinellas__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | production of child pornography |
| 18 U.S.C. § 2252(a)(2) | receipt and distribution of child pornography |
| 18 U.S.C. § 2252(a)(4) | possession of child pornography |

This criminal complaint is based on these facts:
**SEE ATTACHED AFFIDAVIT**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William J. Williger, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/1/14

_____
*Judge's signature*

City and state: Tampa, Florida

Elizabeth A. Jenkins, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, William J. Williger, being duly sworn, hereby depose and state:

1. I have been employed as a Special Agent (SA) with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI) since December of 2006. I am currently assigned to HSI Tampa.

2. As a Special Agent with HSI, I am a federal law enforcement officer as described in Title 18, United States Code, Section 2510(7). I am responsible for investigating and enforcing violations of federal law. I have investigated matters involving the sexual exploitation of children, particularly in relation to violations of Title 18, United States Code, Sections 2251 (production of child pornography) and 2252/2252A (receipt, distribution, and possession of child pornography), involving the sexual exploitation of children. I have made arrests and conducted searches pertaining to these types of investigations.

3. As a Special Agent, I have completed a twenty-six week academy for certification as a criminal investigator. I have also been directly involved in federal investigations and have assisted other agents in conducting investigations, including but not limited to joint, interagency investigations.

4. Finally, I have been assigned by HSI to the U.S. Department of Justice (DOJ) Clearwater Area Human Trafficking Task Force (CAHTTF), which is a local, state, and federal multi-agency task force devoted to combating the sexual exploitation of children.

5. I submit this affidavit in support of criminal complaint against **Melvin Barber BRIDGERS, III**, for violations of Title 18, United States Code, Sections 2251(production of child pornography) and 2252 (receipt, distribution, and possession of child pornography).

6. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause that BRIDGERS has committed violations of Title 18, United States Code, Sections 2251 and 2252. The facts set forth below are based on my personal involvement in this investigation, as well as my review of reports, records, and other information provided to me by other law enforcement officers involved in the investigation.

## STATUTORY AUTHORITY

7. Title 18, United States Code, Section 2251(a)(1) makes it a federal crime for any person to employ, use, persuade, induce, entice, or coerce any minor to engage in, or have a minor assist any other person to engage in, or transport any minor in or affecting interstate or foreign commerce, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if the person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce, including by computer, or if such visual depiction has actually been transported or transmitted using any facility of interstate or foreign commerce.

8. Title 18, United States Code, Section 2252(a)(1) prohibits a person from knowingly transporting or shipping using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer or mails, any visual depiction involving the use of a minor engaging in sexually explicit conduct where such visual depiction is of such conduct. Under Title 18,

2

United States Code, Section 2252(a)(2), it is a federal crime for any person to knowingly receive or distribute any such visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed, shipped or transported, by any means including by computer. That section also makes it a federal crime for any person to knowingly reproduce any such visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails. Pursuant to 18 U.S.C. § 2252(a)(4), it is also a federal crime for a person to knowingly possess or knowingly access with intent to view 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any such visual depiction that has been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed, shipped or transported.

## STATEMENT OF PROBABLE CAUSE

9. On January 27, 2014, Detective Regina Tsanakaliotis with the Pinellas County Sheriff's Office (PCSO), Special Victim's Unit, received a tip regarding suspected child pornography posted on Facebook.com, a social media/networking website. Detective Tsanakaliotis received the tip from the National Center for Missing and Exploited Children (NCMEC), via the Central Florida Internet Crimes Against Children (ICAC) Taskforce, which received the information from Facebook.com, after photos of suspected child pornography were released to viewers by one of its users using the screen name "Brianna Benson."

3

10. After reviewing the images of the suspected prepubescent female shown on this cyber tip report, Detective Tsanakaliotis saw what appeared to be a pre-teen female intentionally exposing her vaginal and anus area to a camera by bending over and spreading her buttocks. Detective Tsanakaliotis attempted to locate "Brianna Benson's" true identity through the IP address used when these images were transmitted to Facebook. The IP address associated with the images posted to Facebook was 173.169.246.208, and used on December 12, 2013 at 04:42:54 UTC, traced back to Tarpon Springs, Florida and was routed by Time Warner Cable.

11. A subpoena was sent to Time Warner Cable in an attempt to obtain the name and home address of the subscriber utilizing that IP address. Bright House Networks reported that the IP address, 173.169.246.208, belonged to Ryan Thomas Gray, who resides at xxxx Mango Loop, Tarpon Springs, Florida 34689. The IP address 173.169.246.208 was activated on October 7, 2013. The email address used to activate the account associated with IP address 173.169.246.208 was briannafacebook2014@gmail.com.

12. Detective Tsanakaliotis contacted Hank Grablewski, the investigator from Time Warner Cable who prepared the information on the returned subpoena, in an attempt to gain further knowledge about the location of the IP address. Grablewski reviewed Bright House records and informed Detective Tsanakaliotis that Ryan Gray provided a phone number of xxx-xxx-1317 as a contact phone number for his account.

13. At the same time, a subpoena was sent to Facebook to obtain the IP address associated with the screen name "Brianna Benson." The subpoena return showed that the IP address associated with "Brianna Benson" was 173.169.246.208.

4

14. In April 2014, Detective Tsanakaliotis made phone contact with Barbara Venditto, who is the Mango Loop Apartment Complex property manager. Venditto advised that Gray and an unknown male lived in an apartment together at the property. The rental application revealed that Gray signed the lease application on September 23, 2013. Additionally, Gray listed his previous address of residence in Raleigh, North Carolina. No other persons were named on the lease.

15. Through various investigative efforts, I identified the unknown male living with Gray as Melvin Barber BRIDGERS, III, and found that he has prior convictions in North Carolina for communication of a threat (associated with a stalking charge that was dismissed) on March 9, 1999; robbery with a dangerous weapon on February 28, 2000, for which he was sentenced to 46-65 months in prison; and stalking, on August 11, 2008, for which he served 29 days in jail. In addition, BRIDGERS was arrested on July 12, 2011, in Palm Beach County, Florida, for video voyeurism. BRIDGERS was arrested at the Gardens Mall in Palm Beach Gardens when an off-duty police officer saw him taking up-skirt photos of children in a candy store using his cell phone. A 15-year-old girl started yelling out, "He's taking pictures!" after watching BRIDGERS crouch down and take pictures up the skirt of a young girl around the age of 10-12. The off-duty officer confronted BRIDGERS, who then ran off with the cell phone, and was seen on security video frantically trying to delete items from the cell phone. The disposition of the video voyeurism charge is unclear.

16. On March 28, 2014, Detective Tsanakaliotis received information that additional reports were being provided to NCMEC from Facebook regarding child pornography being found in accounts in the name of "Brianna Benson," related to the original report given to Detective Tsanakaliotis on January 27, 2014. Detective

5

Tsanakaliotis also learned that there was a Detective David Nettles with the Webster Police Department located outside of Houston, Texas, who may know a live victim related to this case, a young female depicted in some of the child pornography images associated with the "Brianna Benson" Facebook account.

17. Detective Tsanakaliotis made contact with Detective Nettles. Detective Nettles explained he received a call from an adult female on December 2, 2013, who told him that her 12-year-old daughter was being forced to produce sexually explicit photographs of her and send them to a new friend on Facebook. The chat and photos exchanged were between the 12-year-old and an individual depicting himself/herself on Facebook as a teenage female supposedly from Boca Raton, Florida, going by the name of briannabenson144. The adult female advised that in late October 2013, this person using the briannabenson144 Facebook account convinced her 12-year old daughter to send nude photos of herself through the Facebook private messages. The 12-year-old was told to send more nude photos of herself and her 7-year-old sister. The suspect threatened to upload every nude photo previously sent by the 12-year-old and send them to the 12-year-old's mother if the 12-year-old did not comply.

18. The adult female gave Detective Nettles consent to log onto the 12-year-old's Facebook account to view the activity. Detective Nettles saw nude photos of the 12-year-old that had been sent back to the 12-year-old from the suspect as a reminder that the suspect had them and was willing to post them on Facebook for everyone, including the 12-year-old's mother, to see. Detective Nettles also reviewed some of the last chats between the 12-year-old (identified in the chats below as VICTIM1) and "Brianna Benson," on November 30 and December 1, 2013, which are as follows:

**Conversation started November 30, 2013:**

11/30, 10:22pm
Brianna Benson
I'm about to post your pics If you don't chat me back in 10 minutes

11/30, 10:42pm
Brianna Benson
Hello? Will you fucking talk to me wtf?>

11/30, 10:43pm
VICTIM1
Sorry. I haven't been on since thanksgiving morning. Ive had a lot of stuff going on with my mom in the Hospital.
Sorry again. I don't have much time right now. I'm with my little sister my aunt , and my granda . I can't talk right now.

11/30, 10:43pm
Brianna Benson
Yes you can do u want me to post your pics everywhere?
I only want 10 more pics and I will leave you alone forever If not I will show everyone

11/30, 10:45pm
VICTIM1
Okay. But can I get them to you a little bit later tonight . I swear I will get you 10 pics by tonight. Can you tell me what 10 pics you want,.? I swear I will get them to you tonight .

11/30, 10:47pm
Brianna Benson
Message me when you get where you can take them and I will tell you If you don't this is the last chance I will post them everywhere

11/30, 10:47pm
VICTIM1
Okay. I swear I will mesage you tonight. and Its a deaal. Do you swear only 10 pics?

11/30, 10:49pm
Brianna Benson
15 and no more or no less ok

11/30, 10:49pm
VICTIM1
Okay. Promise???

11/30, 10:49pm
Brianna Benson
Promise how long til u can take them baby?

7

11/30, 10:50pm
VICTIM1
about an hour and 30 min. But if I get time before that I swear I will text u kk?

11/30, 10:52pm
Brianna Benson
ok how old is your sis baby?

11/30, 10:52pm
VICTIM1
7

11/30, 10:52pm
Brianna Benson
Send some pics of her instead

11/30, 10:53pm
VICTIM1
Wait. What kind of pics????

11/30, 10:53pm
Brianna Benson
Idc naked lol

11/30, 10:54pm
VICTIM1
My little sister is 7 years old. I'm not going to take naked pictures of her

11/30, 10:55pm
Brianna Benson
Ok well I will post your pics then I want a few of her and you ok
And I won't show or tell anyone and leave you alone forever after ok

11/30, 10:55pm
VICTIM1
Please Thats my little sister. I can't do that to her. I beg you. Please

11/30, 10:56pm
Brianna Benson
She won't know baby and I won't tell anyone I promise where is she now?
Just a few ok
DO u want me to post your pics everywhere?

8

11/30, 10:56pm
VICTIM1
Yes. she will. Her brother has done that to her before. I swore . She already lknow's about this stuff. Please. I'm begging you

11/30, 10:57pm
Brianna Benson
Ok take some of her while she's asleep ok

11/30, 10:57pm
VICTIM1
I can't she will wake up. and she sleeps with my grandparents

Brianna Benson
No she won't I want some of her omfg take one of her now and send it
Tell you what get on skype and let me see her and you ok

11/30, 10:59pm
VICTIM1
will we have to get naked?

11/30, 10:59pm
Brianna Benson
But don't tell her the cam is on ok

11/30, 10:59pm
VICTIM1
She know's better than that

11/30, 10:59pm
Brianna Benson
Get on skype whats your skype?

11/30, 10:59pm
VICTIM1
I don't have a skype

11/30, 10:59pm
Brianna Benson
Ok download it do u have oovoo?

You're a liar get on skype now or I start posting pics
Just for a few minutes

11/30, 11:01pm
VICTIM1
i have oovoo

9

11/30, 11:01pm
Brianna Benson
ok whats your oovoo?

11/30, 11:03pm
VICTIM1
hold on please

11/30, 11:03pm
Brianna Benson
DOwnload skype omfg get on skype

11/30, 11:05pm
VICTIM1
ok hold on

11/30, 11:06pm
Brianna Benson
Please hurry
Whats your skype?
??????????????
WIll u answer me omnfg
I'm about to start posting pics
Whats your skype? HEllooooooo
Really? Wtf
Will u answer me and stop ignoring me Wtf
Why are u reading my messages and Ignoring me you're pissing me off get on skype for a few minutes and take the    pics and we will be done ok Omfg
Whats your skype?
You got about 2 minutes to answer me or this pic goes up

11/30, 11:19pm
Brianna Benson

11/30, 11:20pm
Brianna Benson
HELLLLLOOOOOO!!!!!!!!!!!!!!!!!!!!!!!!

11/30, 11:20pm
VICTIM1
Hold on please.tryiing to fine my charger

10

11/30, 11:21pm
Brianna Benson
Idgaf get on skype WHATS YOUR SKYPE OMFG YOU'RE PISSING ME OFF SO BAD I SWEAR
??????????????????????????????????????????????????????????????????????
WIll fucking stop ignoring me and tell me your skype I'm not asking again I will post your pics seriously you're being stupid and pissing meoff
Wtf really? Are you just stupid or are you doing this to try and piss me the fuck off
Its about to be 50 pics or I start posting them if you aren't on skype in 5 minutes
?
What is your problem? DO you not think I will post our pics all over facebook?
I'm about to start sending [your mother] your pics
DO u want your mom seeing your pics?

11/30, 11:36pm
VICTIM1
No

11/30, 11:37pm
Brianna Benson
Get on skype NOW OMfg! Whats your skype If you don't I will send her everyone I have
???????????????????????????//
God Dammit STOP FUCKING IGNORING ME WTF IS WRONG WITH YOU YOU'RE FUCKING PISSING ME THE FUCK OFF NOW I'M BEING NICE GIVING YOU A CHANCE TO TAKE PICS AND GET ON CAM ITS ABOUT TO BE NO CHANCE
TELL ME YOUR FUCKING SKYPE AND LOG ON OR WE ARE DONE AND EVERONE WILL SEE YOU NAKED INCLUDING YOUR MOTHER
   You have to be the dumbest bitch I ever met I swear to god Lmao Wtf is your problem? DO u think I'm joking around lol

11/30, 11:55pm
Brianna Benson
I got all the pics uploaded over 50 to send to your mom in a message and I'm about to hit send if you don't fucking answer me
So whats it gonna be?

12/1, 12:01am
Brianna Benson
I guess the only way you'll believe me is if I post a pic and tag you huh?

11

> 12/1, 12:21am
> Brianna Benson
> ??>??????????????????????????????????????
> Are u ready to take the pics or do I need to post them?
> ?
> WIll you fucking answer me god dammit and stop acting like a fucking child Qtf is your problem Omfg
> Omfg
>
> 12/1, 12:40am
> Brianna Benson
> ????????????
>
> 12/1, 12:46am
> Brianna Benson
> Will you please fucking say something and stop reading my messages and ignoring me what is wrong with you?
> Why are u going to make me do this to you?
> Stop reading my fucking messages and ignoring me wtf
> Please say something?
> Fine I give up I won't post your pics I'm deleting all of them now and I will leave you alone Bye
> > You cannot reply to this conversation. Either the recipient's account was disabled or its privacy settings.

19. After viewing this conversation, Detective Nettles looked through Facebook and found 4 Facebook accounts that all had the same alleged teenage female as the owner of the profile; they were briannabenson144, briannabri143, briannabenson143, and briannabenson2014. Detective Nettles then found that the IP address of the sender of the above-detailed chat messages was through Time Warner Cable. Detective Nettles subpoenaed the subscriber information for the IP address, which showed the subscriber being Ryan Gray with an address in Raleigh, North Carolina.

20. Detective Nettles contacted Facebook for additional information. Detective Nettles was advised that he would need a search warrant for the requested information, which he subsequently obtained on April 1, 2014, from the 232nd District Court in Harris

County, Texas. Around this time, Detective Nettles was contacted by NCMEC and was informed that Detective Tsanakaliotis was conducting the same investigation into Ryan Gray in Tarpon Springs, Florida.

21. Detective Nettles and Detective Tsanakaliotis conferred and discovered that Ryan Gray was the connection in the two investigations into "Brianna Benson." Detective Tsanakaliotis informed Detective Nettles that she had subpoena results that showed the IP address of "Brianna Benson" came back to Ryan Gray in Tarpon Springs, Florida. Detective Nettles informed Detective Tsanakaliotis that from the information he received, the IP addresses he knew of were registered to Ryan Gray at an address in North Carolina; however, the subpoena results confirmed only that the North Carolina-based IP addresses were active as of August 27, 2013, but did not confirm whether the North Carolina-based IP addresses were in use after that time. However, Facebook subpoena results showed that "Brianna Benson" also used servers in other parts of the world such as Europe to mask the computer's IP address, which individuals do when they are trying to keep their IP address from being detected.

22. On April 16, 2014, Detective Tsanakaliotis received the search warrant results obtained by Detective Nettles from Facebook. Listed below are the number of pages containing information associated with each account name related to "Brianna Benson":

    Vanity name: Briannabenson143 - 15,831 pages

    Vanity name: briannabenson144 - 941 pages

    Vanity name: briannabenson2014 - 25,427 pages

    Vanity name: briannabri143 - 4,933 pages

23. On April 22, 2014, I joined the investigation and reviewed the aforementioned search warrant results with Detective Tsanakaliotis. The information in the search warrants showed that "Brianna Benson" had developed webpages contained within the Facebook domain directed at younger people called, Cute Relationships, Cutest girls, and Cutest boys. From these sites, "Brianna Benson" would direct females to a Facebook address. Once there, "Brianna Benson" would start the conversation with statements like: You are gorgeous, how old are you and are you bi (bisexual). The responses for the ages ranged from 12 years old to 19 years old. In every chat conversation, "Brianna Benson" would tell the girl that she was bored and taking sexy pictures. "Brianna Benson" would then ask every female, regardless of age, if the female would take nude pictures, and would also instruct them on what poses to be in. A few examples of the instructions given by "Brianna Benson" were: nude on your stomach, in the bathroom in front of the mirror, I want to see your pussy, bend over, bite your lip, stick your finger in your mouth, and other similar sexually suggestive orders.

24. After reading many of these conversations, it was apparent to me that the child pornography photos Facebook sent to NCMEC, which were subsequently sent to Detective Tsanakaliotis, depicted sexual poses based on instructions given to the minor females by the person these girls thought to be "Brianna Benson." In all of the chats I reviewed, this person posed as a teenage female between the ages of 13 to 17 years old, depending on the age of the female whom this person was chatting with.

25. In general terms, "Brianna Benson" begins each new chat with a minor female stating "You are so sexy." The minor female recipient generally replies, "Thank you." "Brianna Benson" then reiterates the compliment and asks for the minor female

recipient's age. After the minor female recipient responds, "Brianna Benson" always states that she is the same age as the recipient or one year older.

26. The following is a verbatim selection from one of the chats from Facebook vanity name Briannabri143 which originated on February 19, 2014, at IP address 173.169.246.208 (registered to Ryan Gray in Tarpon Springs, Florida):

> Recipients [BN][1] (100005752690727)
> Author Brianna Bri (100007441295610)
> Sent 2014-02-19 03:25:28 UTC
> You're so pretty :) How old are u
>
> Recipients Brianna Bri (100007441295610)
> Author [BN] (100005752690727)
> Sent 2014-02-23 04:41:14 UTC
> 13
>
> Recipients [BN] (100005752690727)
> Author Brianna Bri (100007441295610)
> Sent 2014-02-23 04:41:53 UTC
> I'm 14 :) Can I ad u :p

27. Beginning on January 17, 2014 and ending on March 3, 2014, the vanity name Briannabri143 engaged in numerous chats with both known and unknown minor female individuals that are initiated from IP address 173.169.246.208, the IP address registered to Ryan Gray in Tarpon Springs, Florida. Contained in these chats were requests and instructions from Briannabri143 to exchange sexually explicit images with the recipients.

28. The following is a verbatim selection from one of the chats from vanity name Briannabri143 which originated on March 3, 2014, from IP address 173.169.246.208 (registered to Ryan Gray in Tarpon Springs, Florida):

---

[1] Minor victim's name redacted to initials for privacy purposes and in accordance with Fed. R. Crim. P. 49.1.

>Recipients [MF] (100003777134378)
>Author Brianna Bri (100007441295610)
>Sent 2014-03-03 16:45:03 UTC
>Mmm slide your hand down you shorts and stick 2 fingers in your pussy and then suck your fingers tell me how wet and tight you are and how it tastes baby <3
>
>Recipients [MF] (100003777134378)
>Author Brianna Bri (100007441295610)
>Sent 2014-03-03 16:45:14 UTC
>Look at this while u do ok
>Attachments 1978727_1411713972419966_377677913_n.jpg (1411714005753296) Type image/jpeg

29. On March 3, 2013, at 00:09:28 UTC, the individual using the account with the name of [MF] stated to "Brianna Benson" that she was 16 years old.

30. On April 24, 2014 Detective Tsanakaliotis, using an undercover Facebook profile, found another Facebook profile for "Brianna Benson." This particular "Brianna Benson" Facebook profile was created on April 4, 2014. However, this "Brianna Benson" Facebook profile used the same images of an unidentified juvenile female that were previously associated with the Facebook vanity names Briannabenson143, briannabenson144, briannabenson2014, and briannabri143. The unidentified juvenile female associated with these profiles appeared in various stages of undress and various sexually explicit images in the search warrant results Detective Nettles obtained from Facebook.

31. On April 29, 2014, a federal search warrant for the residence of Ryan Gray and Melvin BRIDGERS in Tarpon Springs, Florida, was authorized by United States Magistrate Judge Elizabeth A. Jenkins, United States District Court, Middle District of Florida, to search the residence for violations of Title 18, United States Code, Sections 2251 and 2252.

32. On May 1, 2014, agents with HSI and the Pinellas County Sheriff's Office executed the search warrant at the residence located at xxx Mango Loop, Tarpon Springs, Pinellas County, Florida. Ryan Gray and Melvin BRIDGERS were both present at the residence when the search warrant was executed. Upon entry, a laptop computer was discovered in the bed belonging to BRIDGERS. The laptop computer was turned on and was directed to the My Photos folder of Microsoft Windows.

33. BRIDGERS and Gray were separately advised of their Miranda rights. Both men waived their rights and agreed to speak voluntarily with law enforcement.

34. BRIDGERS was interviewed by me and Detective Tsanakaliotis. BRIDGERS was reminded of his Miranda rights and agreed to once again speak with us. During the course of the interview, BRIDGERS admitted to posing as a juvenile female on Facebook using the alias "Brianna Benson." BRIDGERS also admitted to extorting both known and unknown juvenile females on Facebook to take both digital images and digital video of the juvenile females naked and engaged in various sexual acts. BRIDGERS also admitted to viewing said images and videos and masturbating to what he had instructed the juvenile females to do. BRIDGERS' statements were consistent with Facebook chats which law enforcement had previously obtained and are described above. Detective Tsanakaliotis and I have reviewed these chats and they are consistent with the statements provided by BRIDGERS.

35. While the interviews were being conducted, Computer Forensics Agents previewed electronic media, electronic storage, computers, laptop computers and tablets discovered in the residence for the presence child pornography, including the laptop computer discovered in BRIDGERS' bed. Digital images of naked juvenile females, some engaged in sex acts, were discovered on the laptop from BRIDGERS'

17

bed. Detective Tsanakaliotis and I were given a compact disc with these images and had an opportunity to conduct a cursory review of them. The images in the photographs are consistent with poses and sexual acts which BRIDGERS, posing as "Brianna Benson," had extorted juvenile females to perform.

36. When confronted with the fact that law enforcement had located said images on the laptop, BRIDGERS admitted that they were from his laptop computer and that he had instructed the juvenile females how to pose for the photographs. A preview of Gray's computer did not reveal any child pornography, and Gray denied possessing any child pornography.

## CONCLUSION

37. Based upon the foregoing, probable cause exists to believe that **Melvin Barber BRIDGERS, III**, has committed violations of Title 18, United States Code, Sections 2251 and 2252, which prohibits the production, distribution, receipt, and possession of child pornography that has traveled in interstate commerce. Thus, I respectfully request the issuance of a criminal complaint against BRIDGERS.

This completes my affidavit.

William J. Williger
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me this 1st day of May, 2014.

ELIZABETH A. JENKINS
UNITED STATES MAGISTRATE JUDGE

18